**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:89-cr-00029-TJC-MCR

JORGE OCHOA-VASQUEZ
FABIO OCHOA-VASQUEZ
NESTOR CASTRILLON-MONCADA
JAIRO CORREA-ALZATE
    a/k/a Jairo Correa
CARLOS ALBERTO HOYOS-ARIAS
    a/k/a Rocky
ARCESIO JARAMILLO-SUAREZ
    a/k/a Checko
CESAR LONDONO
ROGELIO ANIBAL CASTRO-RODRIGUEZ
ENRIQUE ECHEVERRY
    a/k/a KiKi
CARLOS AUGUSTO MEJIA-JIMENEZ
LUIS FERNANDO SUAREZ-PINZON
    a/k/a Jose
MARIO TORRES-VELASQUEZ

---

**O R D E R**

This case is before the Court <u>sua sponte</u>. Upon review of the Court docket, it appears that no significant activity in this matter since the filing of the Government's Response to Order to Show Cause (Doc. 1621) on February 3, 2016. Accoringly, it is

**ORDERED:**

The government shall file a status report **no later than September 20, 2024** advising the Court as to whether efforts to apprehend the defendants are ongoing or whether this case should be dismissed.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of July, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

tl.
Copies:
Counsel of Record